# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI JESPERSEN,<br><br>**Plaintiff,**<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ET AL.,<br><br>**Defendants**. | **Case No.: 2:18-CV-00246-JAM-CKD**<br><br>**ORDER TO REMAND** |

[PROPOSED] ORDER TO REMAND

Upon consideration of the parties' stipulation, and good cause appearing, it is hereby **ORDERED** that this action is **REMANDED** to the Superior Court of California, County of Solano. On remand, Plaintiff's Amended Complaint (Doc. No. 3) is the operative complaint. Each party shall bear their own costs and attorneys' fees incurred in connection with the removal of this action and other proceedings in this Court.

**IT IS SO ORDERED.**

Dated: 2/9/2018　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　Honorable John A. Mendez
　　　　　　　　　　　　　　　　　　　United States District Court Judge